**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| CRYSTAL WILSON,<br>8822 Desoto Dr<br>Cincinnati, OH 45231 | : <br>:<br>: | Case No.:<br><br>**COMPLAINT** |
| Plaintiff, | : | **Jury Demand Endorsed Hereon.** |
| vs. | : | |
| PLAZA SERVICES, LLC,<br>a foreign limited liability company<br>c/o Incorp Services, Inc.<br>9435 Waterstone Boulevard Suite 140<br>Cincinnati, OH 45249 | :<br>:<br>:<br>: | |
| Defendant. | : | |

**NOW COMES THE PLAINTIFF, CRYSTAL WILSON, BY AND THROUGH COUNSEL**, **RICHARD P. GABELMAN**, and for her Complaint against the Defendants, pleads as follows:

**JURISDICTION**

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

**VENUE**

2. Venue is proper in the Southern District of Ohio as the Defendant conducts business in the entire State of Ohio.

**PARTIES**

3. Crystal Wilson is an individual residing in Cincinnati, Ohio in Hamilton County.

4. Plaza Services, LLC is a foreign limited liability company that conducts business in the State of Ohio.

1

## GENERAL ALLEGATIONS

5. Defendant is attempting to collect a consumer type debt allegedly owed by Plaintiff to Cashland in the amount of $367.00 ("the alleged Debt").

6. Plaintiff disputes the alleged Debt.

7. On March 26, 2019, Plaintiff obtained her Trans Union credit disclosure and noticed Defendant reporting the alleged Debt.

8. On or about June 4, 2019, Plaintiff sent Defendant a letter disputing the alleged Debt.

9. On September 26, 2019, National Tenant Network/Aspen Services, a tenant screening report service, obtained Plaintiff's Trans Union credit disclosure.

10. On October 2, 2019, Plaintiff obtained another Trans Union credit disclosure and noticed Defendant reporting the alleged Debt without flagging it as disputed, in violation of the FDCPA.

11. On or about October 15, 2019, Plaintiff sent Defendant another letter disputing the alleged Debt.

12. On December 10, 2019, Plaintiff obtained her Trans Union credit disclosure, which showed that Defendant failed or refused to flag the account reflected by the alleged Debt as disputed, in violation of the FDCPA.

13. In the credit reporting industry, data furnishers, such as the Defendant, communicate electronically with the credit bureaus.

14. Defendant had more than ample time to instruct Experian, Equifax, and Trans Union to flag its trade line as Disputed.

15. Defendant's inaction to have its trade line on Plaintiff's credit reports flagged as disputed was either negligent or willful.

16. Plaintiff suffered pecuniary and emotional damages as a result of Defendant's actions. Her credit report continues to be damaged due to the Defendant's failure to properly report the associated tradelines.

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

17. Plaintiff reincorporates the preceding allegations by reference.

18. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

19. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

20. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

21. Defendant's foregoing acts in attempting to collect this alleged debt violated 15 U.S.C. §1692e(8) by communicating to any person credit information which is known to be false or which should be known to be false, including failure to report a disputed debt as disputed.

22. As a direct and proximate cause of the Defendant's failure to flag its tradeline as disputed, Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment against Defendant for Actual Damages; Statutory Damages; Damages for pecuniary, economic and emotional damages and loss; Attorney's Fees and the costs of this action.

**JURY DEMAND**

Plaintiff hereby demands a trial by Jury.

Dated: March 4, 2020                           Respectfully submitted,


*/s/Richard P. Gabelman*
Richard P. Gabelman, Esq. (#0074642)
6701 Montgomery Road
Cincinnati, Ohio 45213
(513) 321-7733
Fax (513) 321-7740
Email: gabelmanrich@hotmail.com
*Attorney for Plaintiff*